IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN C. DUNCKHURST,

    Petitioner,                    No. CIV S-08-0974 WBS DAD P

    vs.

LOPEZ, Associate Warden,

    Respondent.                 ORDER

_____/

        On May 13, 2008, this court dismissed petitioner's application for writ of habeas corpus and granted him thirty days leave to file an amended petition, naming "the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has filed an amended petition, naming Warden Darrel G. Adams as respondent. Warden Adams is the proper respondent. However, petitioner has failed to include in his amended petition any claims or prayer for relief. Petitioner is under the mistaken impression that the court will simply remove the first page of his original petition and replace it with the first page of his amended petition.

        As the court explained in its previous order, petitioner's amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all

1

claims and prayers for relief on the form. Accordingly, petitioner's amended petition must be dismissed. The court will, however, grant petitioner thirty days leave to file a complete second amended petition. In addition, although the court does not typically make copies of documents for parties, the court will make an exception in this instance and grant petitioner's request for a copy of his original petition so that he can include his original claims in his second amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's June 2, 2008 amended petition for writ of habeas corpus is dismissed with leave to file a second amended petition within thirty days from the date of this order;

2. Any second amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Second Amended Petition";

3. Petitioner's June 12, 2008 request for a copy of his original petition is granted; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application and a copy of petitioner's May 6, 2008 petition.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dunc0974.amd