1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEPHEN C. DUNCKHURST,

11          Petitioner,                          No. CIV S-08-0974 WBS DAD P

12          vs.

13   DARREL G. ADAMS, Warden,

14          Respondent.                          ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se and in forma pauperis.  Pursuant to

17   this court's June 19, 2008 order, petitioner has filed a second amended petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.

19          Since petitioner may be entitled to relief if the claimed violation of constitutional

20   rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

21          Also before the court is petitioner's request for appointment of counsel.  There

22   currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius

23   v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the

24   appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

25   8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

26   interests of justice would be served by the appointment of counsel at the present time.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Respondent is directed to file a response to petitioner's July 9, 2008 second

3  amended habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R.

4  Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other

5  documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254

6  Cases;

7    2. If the response to the habeas petition is an answer, petitioner's reply, if any,

8  shall be filed and served within thirty days after service of the answer;

9    3. If the response to the habeas petition is a motion, petitioner's opposition or

10  statement of non-opposition to the motion shall be filed and served within thirty days after

11  service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

12  thereafter;

13    4. The Clerk of the Court shall serve a copy of this order together with a copy of

14  petitioner's July 9, 2008 second amended habeas petition on Michael Patrick Farrell, Senior

15  Assistant Attorney General; and

16    5. Petitioner's July 9, 2008 request for appointment of counsel is denied.

17  DATED: July 17, 2008.

18

19    _____

20    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

21  DAD:9
    dunc0974.100

22

23

24

25

26

2