IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN C. DUNCKHURST,

    Petitioner,                   No. CIV S-08-0974 WBS DAD P

    vs.

DARREL G. ADAMS, Warden,

    Respondent.                ORDER

_____/

        Respondent has requested an extension of time to file a reply in this action.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's October 7, 2008 request for an extension of time (Doc. No. 18) is granted; and

        2. Respondent is granted up to and including November 6, 2008, to file a reply in this action.

DATED: October 10, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dunc0974.111