IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. DUNCKHURST,<br><br>                         Petitioner,<br><br>   v.<br><br>DARREL G. ADAMS, Warden,<br><br>                         Respondent. | CIV S-08-0974 WBS DAD P<br><br>**ORDER** |

Respondent has requested a fourteen (14) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including November 20, 2008, in which to file his reply to Petitioner's opposition to the motion to dismiss.

DATED: November 13, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/dunc0974.111rep